Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 437-8665
Facsimile:    (310) 943-2085

Attorneys for Plaintiff
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARSTOOL SPORTS, INC. a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 19cv9286<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff, Backgrid USA, Inc., complains against Defendant, Barstool Sports, Inc., a corporation, and DOES 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for acts of copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, and, on information and belief, the Defendants and their agents reside and may be found in this judicial district, and the injury suffered by Plaintiff took place in this judicial district. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California. Specifically, on information and belief, Defendant's agents work from Los Angeles, including its Vice President of Brand Partnerships, account executives, broadcasters, and others. Moreover, Defendant advertises on its website, Barstoolsports.com, the website which displays the infringing photos at issue in this dispute, and those advertisements directly target Southern California residents, including residents within this Judicial District. In addition, on information and belief, Defendant engages in a number of transactions with residents within this Judicial District, including downloads of its phone "app," the ability to become a member and "sign-in" to the website, and "Gold" membership for member-only content. Defendant also uses Barstoolsports.com to promote another website it owns and operates, BarstoolBets.com website, which solicits users to enter contests for cash prizes, and on information and belief, users from this Judicial District have entered such contests.

///

## PARTIES

3. Plaintiff Backgrid USA Inc. ("Backgrid") is a California corporation existing under the laws of California, with its principal place of business located in Redondo Beach, California.

4. On information and belief, Defendant Barstool Sports, Inc. ("Barstool" or "Defendant") is a Delaware corporation existing under the laws of Delaware, with its principal place of business located in New York, New York.

5. The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

## FACTS COMMON TO ALL COUNTS

*Backgrid and the Photographs that Frame This Dispute*

6. Backgrid owns and operates one of Hollywood's largest celebrity-photograph agencies that has earned a reputation of regularly breaking scoops on sought after celebrity news. It owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration, up to hundreds of thousands of dollars.

7. Among many other in-demand photographs, Backgrid owns coveted photographs of Patriots quarterback, Tom Brady meeting with Patriots owner, Bob Kraft, singer and heartthrob, Justin Bieber, and actress Brie Lawson on set filming Captain Marvel, among many more (hereinafter the "Backgrid Photographs").

/ / /

8. Backgrid filed for copyright registration of the Backgrid Photographs within 90 days of their first publication with the United States Copyright Office. The Copyright registration information in attached hereto as Exhibit A.

*Defendant and Its Willful Infringing Activity*

9. On information and belief, Defendant Barstool started as a print publication in 2003, and later launched as a pop culture blog in 2007. Barstoolsports.com (the "Website") features photographs, podcasts, videos and information about sports, celebrities, and women. As reported by Forbes in January 2016, the Website averaged over 8 million unique visitors every month. According to the worthofweb.com, Barstoolsports.com is worth $60,250,000.

10. In spite of being a sophisticated publisher of content, Barstool is a repeat and notorious infringer of copyright. On information and belief, Barstool has been sued a number of times for copyright infringement, and as such, is aware of the basic strictures of copyright law and the need for licensing the content from which it handsomely profits. *See e.g. McGlynn v. Barstool Sports, Inc.,* 1:2016 cv-04908, *Yang v. Barstool Sports, Inc.,* 1:17-cv-01559.

11. Barstool failed to license the Backgrid Photographs even after it had express notice that Backgrid was the owner. When the Backgrid Photographs are published by legitimate licensees, the photographs are published with Backgrid's credit. At least two of the infringed photographs contained copyright management information which credited Backgrid as the copyright owner; Barstool even published notice of Backgrid's ownership with at least two of the infringed photographs, but still failed to secure a license. *See* Exhibit B.

12. Barstool has reproduced, distributed, displayed, and created unauthorized derivative works of the Backgrid Photographs on its Website without consent or license, as shown in Exhibit B.

/ / /

13. Barstool violated federal law by willfully infringing Backgrid's copyrights to at least five photographs on, at least, the Website. Attached hereto as Exhibit B and incorporated herein by reference are true and correct screenshots of the Website, including screen shots of the five infringed photographs at issue in this lawsuit.

14. Moreover, Barstool induced, caused, or materially contributed to the reproduction, distribution and public display of the Photographs, and derivatives thereof, all while knowing or having reason to know of the infringement on the Website was without permission, consent, or license.

15. On information and belief, Barstool owns, operates, and controls the Website at all times relevant to this dispute and financially benefits from the infringement of the Backgrid Photographs displayed thereto. On information and belief, Barstool has driven significant traffic to its Website, and, therefore revenues, in large part due to the presence of the sought after and searched-for Backgrid Photographs that frame this dispute. All of this traffic translates into substantial ill-gotten commercial advantage and brand awareness as a direct consequence of their infringing actions.

16. On information and belief, Defendant Barstool's infringement of at least five of Plaintiff's photographs, and derivatives thereof, continues unabated to this very day.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

17. Backgrid incorporates hereby reference the allegations in paragraphs 1 through 16 above.

/ / /

18. Backgrid is the owner of all rights, title, and interest in the copyrights of the Backgrid Photographs that frame this dispute, which substantially consist of material wholly original and which are copyrightable subject matter under the laws of the United States.

19. Backgrid filed for copyright registration of the Backgrid Photographs within 90 days of their first publication with the United States Copyright Office.

20. Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed Backgrid's copyrights by reproducing, displaying, distributing, and utilizing the Backgrid Photographs for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

21. All of the Defendants' acts are and were performed without permission, license, or consent of Backgrid.

22. Backgrid has identified at least five instances of infringement by way of unlawful reproduction and display of Backgrid's photographs.

23. As a result of the acts of Defendants alleged herein, Backgrid has suffered substantial economic damage.

24. Defendants have willfully infringed, and unless enjoined, will continue to infringe Backgrid's copyrights by knowingly reproducing, displaying, distributing, and utilizing its photographs by, among other things, virtue of Barstool's encouragement of the infringement and financial benefit it receives Backgrid's copyrights.

25. The wrongful acts of Defendants have caused, and are causing, injury to Backgrid, which cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Backgrid will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Backgrid seeks a declaration that Defendants are infringing Backgrid's copyrights and an order under 17 U.S.C. § 502 enjoining Defendant from any further infringement.

26. The above-documented infringements alone would entitle Backgrid to a potential award of up to $ 750,000 in statutory damages for the at-least five infringed photographs, in addition to its attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. That the Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all Photographs of Backgrid;

2. That an accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. § 504 (a)(1) & (b);

3. For actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement, removal, and for all damages suffered by it by reasons of Defendant's acts, under 17 U.S.C. § 504 (a)(1) & (b);

5. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

6. For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505;

7. For costs and interest pursuant to 17 U.S.C. § 504 (a)(1) & (b), 17 U.S.C. § 505; and

/ / /

8. For any such other and further relief as the Court may deem just and appropriate.

Dated: October 29, 2019                                 **ONE LLP**

By: /s/ Joanna Ardalan
    Joanna Ardalan

Attorneys for Plaintiff,
Backgrid USA, Inc.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff Backgrid USA, Inc., hereby demands trial by jury of all issues so triable under the law.

Dated: October 29, 2019

**ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan

Attorneys for Plaintiff,
Backgrid USA, Inc.